```
                IN THE UNITED STATES BANKRUPTCY COURT FOR THE
                     WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              )
                                    )Bankruptcy Case No.: 19-24005-TPA
JOSHUA C. SUMEY,                    )
                                    )Chapter 7
                                    )
         Debtor.                    )Hearing Date: 01/03/2020, 2:30 p.m.
                                    )
FIRST FEDERAL SAVINGS & LOAN        )Response Date: 12/24/2019
ASSOCIATION OF GREENE COUNTY,       )
                                    )Related to Doc. No.: 12
         Movant,                    )
                                    )
     vs.                            )
                                    )
JOSHUA C. SUMEY                     )
and ROBERT H. SLONE,                )
Trustee,                            )
                                    )
         Respondents.               )
```

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION OF FIRST FEDERAL SAVINGS & LOAN
ASSOCIATION OF GREENE COUNTY
FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than December 24, 2019, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on Friday, January 3, 2020, at 2:30 o'clock p.m. before Judge Thomas P. Agresti, in Court Room C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

DATE OF SERVICE: December 5, 2019

BY: /s/Anne N. John
    Anne N. John, Esquire
    Pa. I.D. #38961
    johnandjohn96@atlanticbb.net
    96 East Main Street
    Uniontown, PA 15401
    (724) 438-8560
    Attorney for Movant