FILED
12/31/19 9:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy Case No.: 19-24005-TPA |
| JOSHUA C. SUMEY, | ) |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) Hearing Date: 01/03/2020, 2:30 p.m. |
| | ) |
| FIRST FEDERAL SAVINGS & LOAN | ) Response Date: 12/24/2019 |
| ASSOCIATION OF GREENE COUNTY, | ) |
| | ) Related to Doc. No.: 12 |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOSHUA C. SUMEY | ) |
| and ROBERT H. SLONE, | ) |
| Trustee, | ) |
| | ) |
| Respondents. | ) |

## ORDER

AND NOW, this   31st   day of        December        , 2019, upon consideration of the within Motion of First Federal Savings & Loan Association of Greene County for relief from automatic stay, pursuant to 11 U.S.C. §362(d)(1), the Court hereby finds that the Movant herein, First Federal Savings & Loan Association of Greene County, is a creditor of the estate and is the first mortgage holder by virtue of a certain Fixed Rate Mortgage Note with the Debtor secured by a Mortgage recorded in the Office of Recorder of Deeds of Fayette County, Pennsylvania in Record Book 3241 page 634, covering real property located at 715 Morgantown, Uniontown, Fayette County, Pennsylvania, Tax Parcel No. 34-28-0048; that the Movant has not been adequately protected; and that the Movant is entitled to

the relief prayed for in accordance with the terms set forth herein.

It is therefore ordered, adjudged and decreed that First Federal Savings & Loan Association of Greene County, be and hereby is granted relief from the automatic stay to take the necessary steps to proceed with foreclosure, sale and to otherwise enforce the terms of the Note and Mortgage with respect to the Debtor and the subject real estate located in Fayette County, Pennsylvania.

BY THE COURT:

_____ J.
jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24005-TPA
Joshua C. Sumey                                                           Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha              Page 1 of 1              Date Rcvd: Dec 31, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2020.
db             +Joshua C. Sumey,    27 Fayette Avenue,    Smithfield, PA 15478-1247

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2019 at the address(es) listed below:
              Anne N. John    on behalf of Creditor    First Federal Savings & Loan Association of Greene County
               johnandjohn96@atlanticbb.net
              Charles O. Zebley, Jr.    on behalf of Debtor Joshua C. Sumey COZ@Zeblaw.com,    Lori@Zeblaw.com,
               Janet@Zeblaw.com
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com,    rslone@pulsenet.com;pa07@ecfcbis.com
              Robert H. Slone, Trustee    on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com,
               rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                             TOTAL: 6