**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Joshua C. Sumey** | Social Security number or ITIN  **xxx–xx–0250** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **19–24005–TPA**

# Order of Discharge       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joshua C. Sumey

<u>1/22/20</u>                                                     **By the court:**   <u>Thomas P. Agresti</u>
                                                                                                        United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-24005-TPA
Joshua C. Sumey                                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin                Page 1 of 2          Date Rcvd: Jan 22, 2020
                              Form ID: 318               Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.
```
db           +Joshua C. Sumey,    27 Fayette Avenue,    Smithfield, PA 15478-1247
15139010      CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
15139011    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas of PA,    Revenue Recovery,    P.O. Box 117,
               Columbus, OH 43216)
15139008     +Caine & Weiner,    12005 Ford Road,    Dallas, TX 75234-7262
15139013     +First Federal S & L Assoc. Greene County,    Main and Beeson,    P.O. Box 1246,
               Uniontown, PA 15401-1246
15139014      First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3487
15139015      John Deere Financial,    P.O. Box 6600,    Johnston, IA 50131-6600
15139016      MedExpress Billing,    P.O. Box 719,    Dellslow, WV 26531-0719
15139017      Pediatrics Associates of Westmoreland,    555 West Newton Street,    Greensburg, PA 15601-2861
15139019      Preferred Primary Care Physicians,    P.O. Box 1870,    Cary, NC 27512-1870
15139021     +South Union Township Sewage Authority,    P.O. Box 2047,    Uniontown, PA 15401-1647
15139022     +Southwest Regional Tax Bureau,    One Centennial Way,    Scottdale, PA 15683-1741
15139024     +UCCI TRICARE Dental Program,    P.O. Box 645534,    Pittsburgh, PA 15264-5253
15139027      UPMC Physician Services,    P.O. Box 1123,    Minneapolis, MN 55440-1123
15139025      Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
15139026      University Health Associates,    P.O. Box 875,    Morgantown, WV 26507-0875
15139028      Weltman, Weinberg & Reis,    436 Seventh Avenue--Suite 2500,    Pittsburgh, PA 15219-1842
15139030     +Westmoreland Allergy and Asthma,    534 West Otterman Street,    Greensburg, PA 15601-2113
15139031     +Wohar Chiropractic Health Center,    1295 Grand Boulevard--Suite 100,    Monessen, PA 15062-1955
15139032     +Women In Balance, LLC,    3000 Coombs Farm Drive--Suite 102,    Morgantown, WV 26508-1189
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2020 04:11:44     Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA   17128-0946
15139007     +E-mail/Text: holly.tylka@advanceddisposal.com Jan 23 2020 04:12:13     Advanced Disposal,
               P.O. Box 266,    1192 McClellandtown Road,    McClellandtown, PA 15458-1118
15139009      EDI: CAPITALONE.COM Jan 23 2020 08:43:00     Capital One,   P.O. Box 30285,
               Salt Lake City, UT 84130-0285
15139012      E-mail/Text: eblymiller@fidelitycollections.com Jan 23 2020 04:09:20
               Fidelity National Collections,    885 South Sawburg Avenue--Suite 103,
               Alliance, OH 44601-5905
15139018      E-mail/Text: bankruptcynotices@psecu.com Jan 23 2020 04:12:44
               Pennsylvania State Employees Credit Un.,    1 Credit Union Place,    P.O. Box 67013,
               Harrisburg, PA 17106-7013
15139020      E-mail/Text: EBN_Greensburg@Receivemorermp.com Jan 23 2020 04:13:09     RMP, LLC,
               P.O. Box 349,    Greensburg, IN 47240-0349
15139023      EDI: TFSR.COM Jan 23 2020 08:43:00     Toyota Financial Services,    P.O. Box 8026,
               Cedar Rapids, IA 52408-8026
15139029      E-mail/Text: bankruptcy@firstenergycorp.com Jan 23 2020 04:12:06     West Penn Power,
               76 South Main Street,    A-RPC,    Akron, OH 44308-1890
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              First Federal Savings & Loan Association of Greene
cr              Toyota Motor Credit Corporation
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: admin                Page 2 of 2              Date Rcvd: Jan 22, 2020
                                  Form ID: 318               Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
              Anne N. John    on behalf of Creditor    First Federal Savings & Loan Association of Greene County
               johnandjohn96@atlanticbb.net
              Charles O. Zebley, Jr.    on behalf of Debtor Joshua C. Sumey COZ@Zeblaw.com,  Lori@Zeblaw.com,
               Janet@Zeblaw.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee     robertslone223@gmail.com,  rslone@pulsenet.com;pa07@ecfcbis.com
              Robert H. Slone, Trustee     on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com,
               rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                             TOTAL: 6
```