FILED
2/5/20 3:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joshua C. Sumey<br>　　　　　　　　Debtor(s) | |
| Toyota Motor Credit Corporation<br>　　　　　　　　Movant<br>　　　v.<br>Joshua C. Sumey<br>　　　　　　　　Respondent<br>　　　　and<br>Robert H. Slone, Trustee<br>　　　　　　　Additional Respondent | BK. NO. 19-24005 TPA<br><br>CHAPTER 7<br>Related to Docket # 21 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　　AND NOW, this 5th day of February, 2020, at Pittsburgh, upon Motion of Toyota Motor Credit Corporation, it is

　　　**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2016 Toyota Tundrac4X, VIN: 5TFDY5F10GX570234, , in a commercially reasonable manner.

_____
United States Bankruptcy Judge    jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Joshua C. Sumey
     Debtor

Case No. 19-24005-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Feb 05, 2020
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.
db         +Joshua C. Sumey,    27 Fayette Avenue,    Smithfield, PA 15478-1247

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:
         Anne N. John    on behalf of Creditor    First Federal Savings & Loan Association of Greene County
           johnandjohn96@atlanticbb.net
         Charles O. Zebley, Jr.    on behalf of Debtor Joshua C. Sumey COZ@Zeblaw.com,   Lori@Zeblaw.com,
           Janet@Zeblaw.com
         James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Robert H. Slone, Trustee    robertslone223@gmail.com,    rslone@pulsenet.com;pa07@ecfcbis.com
         Robert H. Slone, Trustee    on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com,
           rslone@pulsenet.com;pa07@ecfcbis.com
                                                           TOTAL: 6