**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Joshua C. Sumey**
Debtor(s)

Bankruptcy Case No.: 19–24005–TPA

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Robert H. Slone, Trustee is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: February 26, 2020

Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 19-24005-TPA
Joshua C. Sumey                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: admin              Page 1 of 1            Date Rcvd: Feb 26, 2020
                             Form ID: 129             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db             +Joshua C. Sumey,    27 Fayette Avenue,    Smithfield, PA 15478-1247

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
              Anne N. John    on behalf of Creditor    First Federal Savings & Loan Association of Greene County
               johnandjohn96@atlanticbb.net
              Charles O. Zebley, Jr.    on behalf of Debtor Joshua C. Sumey COZ@Zeblaw.com, Lori@Zeblaw.com,
               Janet@Zeblaw.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com
              Robert H. Slone, Trustee    on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com,
               rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                             TOTAL: 6